US v. Moore
Defense Vio. Memo
Exhibit A



# Partners

**ARCHITECTURE & ENGINEERING**
**PROJECT MANAGEMENT**
**REAL ESTATE DEVELOPMENT**

08-26-2015

**United States District Court**
**Northern District of California**
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street
Oakland, CA 94612

**RE: Marvin Moore**

To the Honorable Court and All Interested Parties:

Our company, AE3 Partners, Inc., has employed Mr. Marvin Moore as a sanitary engineer (which utilizes his education and registration as a professional engineer) since February 2013. When we first met Mr. Moore we were made aware of his past history. However, we are also equally informed by his probation team that he had paid his previous debt to society and that he was ready to again become a contributing member of society and indeed he has.

With the opportunity we have given him Mr. Moore have proven himself to be an exceptional and valuable employee. He has unique skill sets in the automation of waste water plants, the design of sanitary sewer systems and other areas which have created a unique niche with our clients. He has been absolutely trouble free and has gotten along well with our clients and staff and he would be difficult to replace with another person.

Since Mr. Moore's absence in early June we have been able to hold his current assignments open for him – a testament to his value. Once released, this will allow Mr. Moore to return to his life as an engineering professional. However, as time goes we are losing our ability to retain these assignments for him, which threatens both Mr. Moore's livelihood as well as our company's ability to service the client. We can probably hold his roles up until Labor Day but no longer, time is of the essence.

We understand that the court has no further business with Mr. Moore. If this is indeed the case we respectfully petition the court to release him as soon as possible so Mr. Moore can return to work and move forward with his life. We thank you for your consideration of this request.

Sincerely and with Utmost Respect,


| **Rick L. Dumas** | **Douglas A. Davis** |
| Principal | Principal |
| AE3 Partners, Inc. | AE3 Partners, Inc. |
| rickd@ae3partners.com | dougd@ae3partners.com |

US v. Moore
Defense Vio. Memo
Exhibit B

November 9, 2015

John Reichmuth

Assistant Public Defender

1301 Clay Street Suite 1350 N.

Oakland, CA. 94612

RE: Marvin Moore

Dear Mr. Reichmuth,

Thanks so much for taking the time to read my letter in regards to my brother Marvin Moore. I ask that you allow the judge hearing his case to read it, you read in court or please relay the message it entails.

I am urging the release of Marvin. Marvin is not going to repeat the crime he committed that led to his incarceration in 2011. He has suffered tremendously over the past five months and he hates he is of no help to his daughters right now. He panicked when asked about storage key he had in his possession when the truth would have been so less damaging.

Marvin suffered from shame after his release in 2012 and as a result he did not reach out to his family as he should have. We are here for him and will help him get through the stages that follow release from prison. I did not learn of his actual moving date from Seattle to Northern California until the day of the move. One of our brothers would have flown there to help him with the move and a better decision would have been made with the computer he possessed.

Marvin is gainfully employed and has a lot he can contribute if released. He can help adults reach their literacy goals in Oakland as well as help them attain their graduation equivalency diploma. He is ready to be of service to others. The shame is gone and these last five month gave him the time to reflect and realize the worst of his life is behind him.

Sincerely,

*June Karen Moore*