UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN MOORE,<br><br>Defendant. | Case No. 14-cr-00563-JSW-1<br><br>**ORDER TO GOVERNMENT TO SHOW CAUSE AND EXTENDING DEADLINE TO REPLY**<br><br>Re: Dkt. No. 30 |

On May 3, 2021, Defendant, acting *pro se*, filed a motion to reduce his term of supervised release. On May 7, 2021, the Court issued an Order setting a briefing schedule on that motion. On May 20, 2021, the United States Probation Officer assigned to the case filed a report stating that office has no objection to the request.

The Government's opposition was due by June 3, 2021. The Court has not received an opposition brief. Accordingly, the Court HEREBY ORDERS the Government to SHOW CAUSE why Defendant's motion should not be granted as unopposed. The Government's response to this Order shall be due by June 11, 2021, and if it seeks to oppose the motion it shall explain its failure to comply with the Court's deadline. The Court extends Defendant's deadline to file a reply to June 25, 2021.

**IT IS SO ORDERED.**

Dated: June 4, 2021

JEFFREY S. WHITE
United States District Judge